FILED

AUG 3 0 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Cause No. CR 11-29-M-DWM |
| Plaintiff, ) | | |
| vs. ) | | ORDER DENYING MOTION |
| ) | | TO REDUCE SENTENCE |
| TRACY MEERKATZ, ) | | |
| Defendant. ) | | |

On August 27, 2012, the Court received a letter from Defendant Tracy Meerkatz. She is a federal prisoner proceeding pro se. On December 1, 2011, she was sentenced to a term of 24 months in prison. Judgment (doc. 25) at 2.

Once a sentence is imposed, a court's authority to alter it is limited. 18 U.S.C. § 3582(c). The Director of the Bureau of Prisons has not filed a motion to reduce Meerkatz's sentence. *Id.* § 3582(c)(1)(A). She has not shown that the Sentencing Commission has lowered her guideline range. *Id.* § 3582(c)(2). More than fourteen days have passed since judgment was entered. Fed. R. Crim. P. 35(a). The United States has not filed a motion to reduce the sentence. Fed. R. Crim. P. 35(b).

ORDER DENYING MOTION TO REDUCE SENTENCE / PAGE 1

Meerkatz has not filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. The Court is not aware of any other statutory authority that authorizes a reduction of Meerkatz's sentence. 18 U.S.C. § 3582(c)(1)(B). The law does not permit the Court to do what she asks.

Accordingly, IT IS HEREBY ORDERED that Meerkatz's motion to reduce her sentence (doc. 27) is DENIED.

DATED this 30 day of August, 2012.

Donald W. Molloy
United States District Court